UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICIA DYWER, individually and on behalf of
all others similarly situated,

                      Plaintiff,

-against-                                        21 **CIVIL** 5238 (CS)

## JUDGMENT

ALLBIRDS, INC.,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 18, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       April 21, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                            **BY:**
                                                      **Deputy Clerk**